UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                              CASE NO: 2:11-cr-108-FtM-29SPC

MICHAEL JAMES HARRELL

### ORDER

This matter comes before the Court regarding the pending Motion to Suppress Wiretap Evidence (Doc. #98) filed by Maurice Andrew Colbert, which is set for hearing on August 8, 2012. Counsel for co-defendant Michael James Harrell has filed a Motion to Adopt the Motion to Suppress (Doc. #111). In an effort to clarify the hearing agency, all Counsel should be aware that the hearing is to address all issues and motions pertaining to the wiretap evidence sought to be suppressed by Maurice Colbert. That includes the pending Motion to Adopt. Thus, counsel for James Michael Harrell – as well as any other defense counsel who choose to file motions to adopt – shall be present during the hearing scheduled for August 8, 2012.

Accordingly, it is now **ORDERED:**

All defense counsel filing motions to adopt the Motion to Suppress Wiretap Evidence (Doc. #98) filed by Maurice Andre Colbert, shall be present during the hearing scheduled for August 8, 2012 at 9:00 am before the undersigned.

**DONE AND ORDERED** at Fort Myers, Florida, this 6th day of August, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: Counsel of Record